UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

TERRY LAMAR ANTHONY,

    Plaintiff,

vs.                              CASE NO. CV 1:23-095

DANIEL FARMER,

    Defendant.

## ENTRY OF DEFAULT

It appearing that the Plaintiff has filed an Affidavit for entry of default, and it further appearing that the Defendant, Daniel Farmer has failed to appear, plead or otherwise defend as provided in the Federal Rules of Civil Procedure;

DEFAULT is hereby entered against the said Defendant, this 11th day of September, 2023.



JOHN E. TRIPLETT, CLERK of COURT

By: *Tara H. Burton*
       Deputy Clerk