UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERK'S MINUTES

---

**CASE NO. 1:23-cv-95**
**1:24-cv-80**                                          **DATE:  3/20/2025**

**TITLE:** Terry Louis Anthony, Sr., as Administrator v. Daniel Farmer, et al.
         Terry Louis Anthony, Sr. v. Georgia Department of Corrections, et al.

---

**HONORABLE BENJAMIN W. CHEESBRO**     **COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: N/A**       **TIME: 9:35 a.m.-5:20 p.m.**   **TOTAL:  7 hrs./45 min.**

---

| PLAINTIFF: | COUNSEL FOR PLAINTIFF: |
|---|---|
| Terry Louis Anthony, Sr., as Administrator of the Estate of Terry Anthony | Jennifer Auer Jordan<br>Robert T. Trammell, Jr. |

| DEFENDANTS: | COUNSEL FOR DEFENDANTS: |
|---|---|
| Georgia Department of Corrections<br>Clifford Brown<br>Remer Cobb<br>Charles Collins | Jason Kang |
| Daniel Farmer | Charles Cox<br>Garrett Greiner |

---

**SETTLEMENT CONFERENCE**

Settlement conference held.  Settlement agreement reached in both cases.