IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

TERRY LOUIS ANTHONY SR., as Administrator of the Estate of Terry Lamar Anthony, Deceased,

    Plaintiff,

v.

DANIEL FARMER, et al.,

    Defendants.

CV 123-095

## ORDER

Before the Court is the Parties' stipulation dismissing with prejudice all claims asserted or that could have been asserted in the above-styled action. (Doc. 88.) Because all Parties have signed the stipulation, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of April, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA